**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-7129**

———————————

ISAAC NICHOLAS, SSG, Sp. Ops.,

                                    Petitioner - Appellant,

        versus

NATIONAL SECURITY AGENCY, (NSA),

                                    Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (1:05-cv-02800-WDQ)

———————————

Submitted: October 17, 2006          Decided: October 23, 2006

———————————

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Isaac Nicholas, Appellant Pro Se.  John Walter Sippel, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Isaac Nicholas appeals the district court's order granting summary judgment to Defendant on his claim filed pursuant to the Freedom of Information Act, 5 U.S.C.A. § 552 (West 1996 & Supp. 2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Nicholas v. Nat'l Sec. Agency</u>, No. 1:05-cv-02800-WDQ (D. Md. May 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>